DANBY, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Jennie C. Danby, as administratrix, against the New York City Railway Company. G. G. Battle, for appellant. B. H. Ames, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DAVERN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Ellen Davern, as administratrix, against the city of New York. T. Connoly, for appellant. J. H. Banton, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff to reduce verdict to $4,500, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

DEARCOP, Respondent, v. ROCHESTER RY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Charles L. Dearcop against the Rochester Railway Company.
PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., dissents.

DECAUVILLE AUTOMOBILE CO., Appellant, v. METROPOLITAN BANK, Respondent. (Supreme Court, Appellate Division, First Department, December 27 1907.) Action by the Decauville Automobile Company against the Metropolitan Bank. F. S. Randall, for appellant. E. C. Crowley, for respondent. No opinion. Motion to dismiss denied. Order affirmed, with $10 costs and disbursements. Orders filed.

DECAUVILLE AUTOMOBILE CO. v. METROPOLITAN BANK. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by the Decauville Automobile Company against the Metropolitan Bank. No opinion. Motion granted, and stay continued. Settle order on notice.

DE LUCA, Appellant, v. ARCHER MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by Ferdinando De Luca against the Archer Manufacturing Company. J. Gordon, for appellant. No opinion. Determination affirmed, with costs. Order filed.

In re DEPARTMENT OF PARKS. In re HARNEY. (Supreme Court, Appellate Division, First Department. February 14, 1908.) In the matter of department of parks. In the matter of Harney. No opinions. Reference ordered. Settle order on notice.

DEVLIN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by John H. Devlin against the city of New York. L. L. Kellogg, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DIBBLE, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Horace H. Dibble against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

DOHERTY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by John Doherty against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

DOHERTY, Appellant, v. DOEPFNER, Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Johanna Doherty against Otto Doepfner. J. B. Ker, for appellant. H. N. Steinert, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
PATTERSON, P. J., dissents.

DOMINICK, Respondent, v. FT. STANWIX CANNING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Inez Dominick, an infant, etc., against the Ft. Stanwix Canning Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., dissents.

DONALLY et al. v. DEAN. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Alvin J. Donally and another against Robert J. Dean. No opinion. Motion denied, on condition that appellant be ready for February term. Order filed.

DONALLY et al. v. DEAN. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Alvin J. Donally and another against Robert J. Dean. D. McCurdy, for appellants. J. M. Lesser, for respondent No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DORING, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by Max Doring against Paul S. Brown. W. Armstrong, for appellant. W. H. Deady, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $300, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

DOUGHERTY v. WESTINGHOUSE, CHURCH, KERR & CO. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Appeal from Trial Term, Westchester County. Action by Anna C. Dougherty, as administratrix of the estate of William J. Dougherty, deceased, against Westinghouse, Church, Kerr & Co., for alleged negligence of the defendant by which the plaintiff's decedent, while an employé of the defendant, was killed.